IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3150 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS A. CORRAL, | ) | TENTATIVE FINDINGS ON |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT AND SENTENCING HEARING |
| | ) | |

    No objections have been filed to the Presentence Investigation Report, as revised May 23, 2008. I tentatively find that the report is true and accurate.

    The defendant has asked for a variance from the Guidelines and for an evidentiary hearing at which testimony would be received from the defendant. The estimate is that the presentation of the evidence and oral argument would consist of about one hour.

    The request for the evidentiary hearing is approved and it will be held at the time of the sentencing.

    Dated May 29, 2008.

                                    BY THE COURT

                                    s/ Warren K. Urbom
                                    United States Senior District Judge